# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DARNELL A. THOMPSON,

    Plaintiff,

v.                        Case No. 3:19-cv-403-J-32JBT

CRST TRUCKING INC.,

    Defendant.

## O R D E R

On May 29, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6) sua sponte, recommending that this case be dismissed without prejudice for lack of prosecution. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 6), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for lack of prosecution.

3. The Clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of June, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Pro se Plaintiff